## BLANKMEYER, EXTRADITION OF, In Re

Ohio Appeals, 6th Dist, Lucas Co

No 2990.   Decided Jan 21, 1935

Frazier Reams, Prosecuting Attorney, Toledo, and Arnold F. Bunge, Toledo, for plaintiff in error.

Robert V. Phillips Toledo, for defendant in error.

### OPINION

By LLOYD, J.

On May 22, 1934, the Governor of Pennsylvania issued his requisition to the Governor of Ohio for the arrest of the defendant, E. E. Blankmeyer, and for his delivery to C. B. Rotz, a duly appointed agent of the State of Pennsylvania, to receive the defendant. The information or affidavit upon which the requisition was based was filed in the court of a justice of the peace of Franklin County, Pennsylvania, of which court Mr. Rotz was a constable. This information was verified by Rotz upon information and belief, he, as the record presented to this court shows, having no personal knowledge of the facts stated therein.

On May 31, 1934 the Governor of Ohio honored the requisition of the Governor of Pennsylvania and issued a warrant to the sheriff of Lucas County, directing him forthwith to arrest Blankmeyer and to bring him before any judge of the Supreme Court, Court of Appeals or Court of Common Pleas in which jurisdiction he might be found. The writ was executed and pursuant thereto Blankmeyer was brought before a judge of the Court of Common Pleas of Lucas County who upon hearing discharged Blankmeyer for the reason that the requisition papers were defective in that they contained no affidavit or other evidence of the facts constituting the offense of obtaining money under false pretenses with which Blankmeyer was charged, by one having actual knowledge thereof, as required by §110, GC.

Our judgment is that the action of the Court of Common Pleas was justified by Rice v Ames, 180 U. S., 371 and Glucksman v Henkel, 221 U. S., 508, 513.

Judgment affirmed.

RICHARDS and OVERMYER, JJ, concur.